OPINION — AG — 68 O.S. 1975 Supp., 723 [68-723], IS MANDATORY AND MUST BE COMPLIED WITH BY ALL INDIVIDUALS GOVERNED BY ITS PROVISIONS. (PROVIDING A FLAT FEE IN LIEU OF THE SPECIAL FUEL TAX AND THE ISSUANCE BY THE OKLAHOMA TAX COMMISSION OF A DECAL AS EVIDENCE OF PAYMENT OF THE FEE) CITE: 68 O.S. 1971 702 [68-702], 68 O.S. 1971 705 [68-705] [68-705], 68 O.S. 1971 703 [68-703] 68 O.S. 1971 716 [68-716] (JAMES C. PECK)